UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MAJOR KHAN,

              Plaintiff,

   - against -

UBS FINANCIAL SERVICES, INC.,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

05 CV 4922 (SHS) (DF)

**FILED UNDER SEAL**

## DEFENDANT'S PRETRIAL MEMORANDUM OF LAW

EPSTEIN, BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177-1211

———

212.351.4500

Attorneys for Defendant

NY:1308165v8