```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```

|  |  |  |
|---|---|---|
| MAJOR KHAN, | : | 05 Civ. 4922 (SHS) |
| Plaintiff, | : |  |
| -against- | : | ORDER |
| UBS FINANCIAL SERVICES, INC., | : |  |
| Defendant. | : |  |

```
------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that for the reasons set forth on the record,

1. Plaintiff's motion for sanctions [71] is denied;

2. Defendant's motion for sanctions [89] is denied;

3. Defendant's motion *in limine* [91] is granted in part and denied in part; and

4. Plaintiff's motions *in limine* [100] and [101] are granted in part and denied in part.

Dated: New York, New York
       October 26, 2006

SO ORDERED:

Sidney H. Stein, U.S.D.J.