USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MAJOR KHAN,

                     Plaintiff,

      – against –

UBS FINANCIAL SERVICES, INC.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

05 CV 4922 (SHS) (DF)
Filed Under Seal

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, between Plaintiff Major Khan and Defendant UBS Financial Services Inc. (named in the complaint as "UBS Financial Services, Inc."), by their attorneys, Berger & Montague, P.C. and Epstein Becker & Green, P.C., that this Action is hereby dismissed in its entirety with prejudice, with each side to bear his/its own costs and expenses, including attorney's fees.

Dated: November 14, 2006

BERGER & MONTAGUE, P.C.

By: _____
Stephen A. Whinston, Esq.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3097
Attorneys for Plaintiff

EPSTEIN BECKER & GREEN, P.C.

By: _____
Ronald M. Green, Esq. (RG - 7766)
Dorothy Rosensweig, Esq. (DR-6006)
250 Park Avenue
New York, NY 10177
(212) 351-4500
Attorneys for Defendant

11/14/06
So ordered
/s/ Sidney H. Stein
U.S.D.J.

NY:1429781v1